Daniel A. Lev (CA Bar No. 129622)
  daniel.lev@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Shantal Malmed (CA Bar No. 351496)
  shantal.malmed@gmlaw.com
**Greenspoon Marder LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Plaintiff, Howard M. Ehrenberg, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL, a nonprofit public benefit corporation,[1]<br><br>Debtor.<br><br>☒ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Affects Montebello Community Health Services, Inc. | Case No. 2:23-bk-12359-VZ<br><br>Chapter 11<br>Jointly administered with:<br><br>Case No. 2:23-bk-12360-VZ<br><br>Adv. No. 2:25-ap-01100-VZ<br><br>**NOTICE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1 AND RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>**STATUS CONFERENCE:**<br><br>DATE:   July 24, 2025<br>TIME:   11:00 AM<br>PLACE: Courtroom "1368" |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), and Montebello Community Health Services, Inc. (3550).

MSH 60824459v1

|   |   |
|---|---|
| HOWARD M. EHRENBERG, solely in his capacity as chapter 11 trustee, | |
| Plaintiff, | |
| vs. | |
| CARDINAL HEALTH LLC, | |
| Defendant. | |

**TO DEFENDANT AND ALL OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that compliance with Local Bankruptcy Rule 7026-1 and Rule 7026 of the Federal Rules of Bankruptcy Procedure is required with respect to the above-captioned adversary proceeding.

DATED: April 22, 2025          **GREENSPOON MARDER LLP**

By: _____/s/ Mark S. Horoupian_____
Mark S. Horoupian
Attorneys for Plaintiff, Howard M. Ehrenberg,
Chapter 11 Trustee

**Greenspoon Marder LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL. 213.626.2311 • FAX 954.771.9264