|   |   |
|---|---|
| 1 | Daniel A. Lev (CA Bar No. 129622) |
|   | daniel.lev@gmlaw.com |
| 2 | Mark S. Horoupian (CA Bar No. 175373) |
|   | mark.horoupian@gmlaw.com |
| 3 | Shantal Malmed (CA Bar No. 351496) |
|   | shantal.malmed@gmlaw.com |
| 4 | **GREENSPOON MARDER LLP** |
|   | 1875 Century Park East, Suite 1900 |
| 5 | Los Angeles, California 90067 |
|   | Telephone: 213.626.2311 |
| 6 | Facsimile: 954.771.9264 |
| 7 | Attorneys for Howard M. Ehrenberg, Chapter 11 Trustee |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL, a nonprofit public benefit corporation[1],<br><br>Debtor.<br><br>☒ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Affects Montebello Community Health Services, Inc.<br><br>Debtor. | Case No. 2:23-bk-12359-VZ<br><br>Chapter 11<br>Jointly administered with:<br><br>Case No. 2:23-bk-12360-VZ<br>Adv. No. 2:25-ap-01100-VZ<br><br><br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| HOWARD M. EHRENBERG, solely in his capacity as chapter 11 trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>CARDINAL HEALTH LLC[2], | Status Conference<br><br>Date:   July 24, 2025<br>Time:   11:00 a.m.<br>Place:  Courtroom 1368<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), and Montebello Community Health Services, Inc. (3550).

[2] The Defendant advised that the Plaintiff incorrectly named Defendant in the Complaint, and that the correct names of the recipients of the transfers at issue in the Complaint are Cardinal Health 200, LLC and Cardinal Health 414, LLC.

1
2       Defendant.
3

4       WHEREAS, a voluntary petition for relief under chapter 11 of title 11 of the United States
5 Code (the "Bankruptcy Code") was filed by Beverly Community Hospital Association (the
6 "Debtor") on April 19, 2023 (the "Petition Date"), and Howard M. Ehrenberg (the "Trustee") was
7 appointed to serve as the chapter 11 trustee of the Debtor's bankruptcy estate shortly thereafter
8 and continues to serve in that capacity;
9       WHEREAS, on April 16, 2025, the Trustee caused to be filed a Complaint To Avoid And
10 Recover Transfers Pursuant To 11 U.S.C. §§ 544, 547, 548, 550 And To Disallow Claims
11 Pursuant To 11 U.S.C. §502 (the "Complaint"), against defendant Cardinal Health LLC
12 ("Defendant") and whereas Plaintiff shall file an amended complaint naming the correct
13 defendants, and that pursuant to FRCP 159(c)(1), such amended complaint shall relate back to the
14 filing of the original Complaint;
15       WHEREAS, on April 16, 2025, this Court issued a summons in this adversary proceeding
16 setting a deadline of May 16, 2025, for Defendant to file and serve its response to the Complaint;
17       WHEREAS, on April 16, 2025, the Trustee caused the Complaint and related summons to
18 be served on Defendant;
19       WHEREAS, Defendant is continuing to investigate the claims raised in the Complaint and
20 requires additional time to respond to the Complaint and to discuss resolution of the Complaint
21 with the Trustee prior to responding.
22       NOW, THEREFORE, in consideration of the foregoing, the parties hereto, by and through
23 their respective attorneys of record, hereby stipulate that, subject to order of this Court, the
24 deadline for Defendant to file and serve its response to the Complaint shall be extended from May
25 16, 2025, through and including June 15, 2025.
26       *[Signatures on following page]*
27
28

2

DATED: May 6, 2025

**Cardinal Health**

By _____
Erin Gapinski, Esq.
Attorneys for Cardinal Health 200, LLC and
Cardinal Health 414, LLC

DATED: May 6, 2025

**GREENSPOON MARDER LLP**

By: _____/s/ Shantal Malmed_____
Shantal Malmed
Mark S. Horoupian
Attorneys for Howard M. Ehrenberg, Chapter 11
Trustee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 12, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Howard M Ehrenberg (TR)**    ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
- **Mark S Horoupian**    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) May 12, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRA`NSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 12, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA Email**
Attorney for Defendant
Erin L. Gapinski
erin.gapinski@cardinalhealth.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2025 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 61175576v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**