| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Lev (CA Bar No. 129622)<br>  daniel.lev@gmlaw.com<br>Mark S. Horoupian (CA Bar No. 175373)<br>  mark.horoupian@gmlaw.com<br>Shantal Malmed (CA Bar No. 351496)<br>  shantal.malmed@gmlaw.com<br>**Greenspoon Marder LLP**<br>1875 Century Park East, Suite 1900<br>Los Angeles, California  90067<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Howard M. Ehrenberg,* Ch 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL, a nonprofit public benefit corporation,[1]<br><br>☐ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Affects Montebello Community Health Services, Inc.<br><div align="right">Debtor(s)</div> | CASE NO.: 2:23-bk-12359-VZ<br>CHAPTER: 11<br>Jointly Administered with:<br>Case No.: 2:23-bk-12360-VZ<br>ADVERSARY NO.: 2:25-ap-01100-VZ<br><br>**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:**  (title of motion[2]): <u>Stipulation To Extend Time To Respond To Complaint</u>  [Dkt No. 6] |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), and Montebello Community Health Services, Inc. (3550).

[2] Please abbreviate if title cannot fit into text field

CC 61175835v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          Page 1            **F 9021-1.2.ADV.NOTICE.LODGMENT**

| | |
|---|---|
| HOWARD M. EHRENBERG, solely in his capacity as chapter 11 trustee,<br><br>                                    Plaintiff<br>      vs.<br><br>CARDINAL HEALTH LLC[3],<br><br>                                    Defendant. | |

PLEASE TAKE NOTE that the order or judgment titled **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** was lodged on  May 12, 2025  and is attached.  This order relates to the motion which is docket number  6  .

---

[3] The Defendant advised that the Plaintiff incorrectly named Defendant in the Complaint, and that the correct names of the recipients of the transfers at issue in the Complaint are Cardinal Health 200, LLC and Cardinal Health 414, LLC.

CC 61175835v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                        *Page 2*          **F 9021-1.2.ADV.NOTICE.LODGMENT**

 **Adversary LODGED ORDER UPLOAD FORM**

Monday, May 12, 2025

[Upload Again]

CONFIRMATION :

You've successfully uploaded the order:
( **11324279.docx** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Ehrenberg v. CARDINAL HEALTH LLC
- **Case Number**: 25-01100
- **Judge Initial**: VZ
- **Case Type**: ap ( Adversary )
- **Document Number**: 6
- **On Date**: 05/12/2025 @ 12:25 PM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

Daniel A. Lev (CA Bar No. 129622)
  *daniel.lev@gmlaw.com*
Mark S. Horoupian (CA Bar No. 175373)
  *mark.horoupian@gmlaw.com*
Shantal Malmed (CA Bar No. 351496)
  *shantal.malmed@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:23-bk-12359-VZ |
| BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL, a nonprofit public benefit corporation[1], | Chapter 11<br><br>Jointly administered with:<br>Case No. 2:23-bk-12360-VZ |
| ☐ Affects all Debtors | |
| ☐ Affects Beverly Community Hospital Association | Adv. No. 2:25-ap-01100-VZ |
| ☐ Affects Montebello Community Health Services, Inc. | **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Debtor. | |
| HOWARD M. EHRENBERG, solely in his capacity as chapter 11 trustee,<br><br>                    Plaintiffs,<br>    vs.<br>CARDINAL HEALTH LLC[2],<br><br>                    Defendant | Status Conference<br><br>Date:  July 24, 2025<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), and Montebello Community Health Services, Inc. (3550).

[2] The Defendant advised that the Plaintiff incorrectly named Defendant in the Complaint, and that the correct names of the recipients of the transfers at issue in the Complaint are Cardinal Health 200, LLC and Cardinal Health 414, LLC.

U3534 61176111v1

1 | The Court, having reviewed and considered the *Stipulation to Extend Time to Respond to Complaint* ("Stipulation") [AP Docket no. 6], entered into by and between, Plaintiff Howard M. Ehrenberg, the Chapter 11 trustee ("Plaintiff") for the bankruptcy estate of the debtor Beverly Community Hospital Association, on the on hand, and defendant Cardinal Health LLC ("Defendant"), on the other hand, through their respective counsel, and having determined that notice is proper, and for good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved; and

2. Defendant's deadline to respond to Plaintiff's Complaint, as defined in the Stipulation, is hereby extended from May 16, 2025, to and including June 15, 2025.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 12, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard M Ehrenberg (TR)  ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com

Mark S Horoupian on behalf of Plaintiff Howard M Ehrenberg
mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com

Shantal Malmed on behalf of Plaintiff Howard M Ehrenberg
shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 12, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 12, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Email**
Attorney for Defendant
Erin L. Gapinski
erin.gapinski@cardinalhealth.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2025 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 61175835v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.