Daniel A. Lev (CA Bar No. 129622)
  daniel.lev@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Shantal Malmed (CA Bar No. 351496)
  shantal.malmed@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg, Chapter 11 Trustee

FILED & ENTERED

MAY 12 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:23-bk-12359-VZ |
| BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL, a nonprofit public benefit corporation[1], | Chapter 11<br><br>Jointly administered with:<br>Case No. 2:23-bk-12360-VZ |
| ☐ Affects all Debtors | |
| ☐ Affects Beverly Community Hospital Association | |
| ☐ Affects Montebello Community Health Services, Inc. | |
| Debtor. | |
| HOWARD M. EHRENBERG, solely in his capacity as chapter 11 trustee, | Adv. No. 2:25-ap-01100-VZ |
| Plaintiffs,<br>vs. | **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| CARDINAL HEALTH LLC[2], | Status Conference<br>Date:  July 24, 2025<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |
| Defendant | |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), and Montebello Community Health Services, Inc. (3550).

[2] The Defendant advised that the Plaintiff incorrectly named Defendant in the Complaint, and that the correct names of the recipients of the transfers at issue in the Complaint are Cardinal Health 200, LLC and Cardinal Health 414, LLC.

U3534 61176111v1

The Court considered the *Stipulation to Extend Time to Respond to Complaint* ("Stipulation") [AP Docket no. 6], entered into by and between, Plaintiff Howard M. Ehrenberg, the Chapter 11 trustee ("Plaintiff") for the bankruptcy estate of the debtor Beverly Community Hospital Association, on the on hand, and defendant Cardinal Health LLC ("Defendant"), on the other hand, through their respective counsel.  Good cause appearing therefore,

**IT IS ORDERED:**

1. The Stipulation is approved; and

2. Defendant's deadline to respond to Plaintiff's Complaint, as defined in the Stipulation, is hereby extended from May 16, 2025, to and including June 15, 2025.

###

Date: May 12, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge