Daniel A. Lev (CA Bar No. 129622)
 *daniel.lev@gmlaw.com*
Mark S. Horoupian (CA Bar No. 175373)
 *mark.horoupian@gmlaw.com*
Shantal Malmed (CA Bar No. 351496)
 *shantal.malmed@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL, a nonprofit public benefit corporation[1],<br><br>          Debtor.<br><br>☒ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Affects Montebello Community Health Services, Inc.<br><br>          Debtor.<br><br>HOWARD M. EHRENBERG, solely in his capacity as chapter 11 trustee,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CARDINAL HEALTH LLC,<br><br>          Defendant. | Case No. 2:23-bk-12359-VZ<br><br>Chapter 11<br>Jointly administered with:<br><br>Case No. 2:23-bk-12360-VZ<br>Adv. No. 2:25-ap-01100-VZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT TO (1) AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 544, 547, 548, 550 AND (2) DISALLOW CLAIMS PURSUANT TO 11 U.S.C. § 502**<br><br>Status Conference<br><br>Date:   December 4, 2025<br>Time:   1:00 p.m.<br>Place:  Courtroom 1368<br>        255 East Temple Street<br>        Los Angeles, CA  90012 |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), and Montebello Community Health Services, Inc. (3550).

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE DEFENDANT, AND ALL OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable to this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff, Howard M. Ehrenberg, the duly appointed, qualified, and acting chapter 11 trustee for the jointly-administered estates of the debtors Beverly Community Hospital Association ("Beverly Hospital") and Montebello Community Health Services, Inc. (collectively, the "Debtors"), hereby voluntarily dismisses the above-captioned adversary proceeding as against defendant Cardinal Health LLC (the "Defendant"), with prejudice.  Defendant has neither filed an answer to the operative complaint nor a motion for summary judgment as to the claims for relief set forth therein.  Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

DATED:  August 13, 2025          **GREENSPOON MARDER LLP**

By:    */s/ Shantal Malmed*
Shantal Malmed
Mark S. Horoupian
Attorneys for Howard M. Ehrenberg, Chapter 11 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT TO (1) AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 544, 547, 548, 550 AND (2) DISALLOW CLAIMS PURSUANT TO 11 U.S.C. § 502</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>August 13, 2025</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard M Ehrenberg (TR)
ehrenbergtrustee@gmlaw.com,
ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com

Mark S Horoupian on behalf of Plaintiff Howard M Ehrenberg
mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com

Shantal Malmed on behalf of Plaintiff Howard M Ehrenberg
shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2025 | Denise Walker | */s/ Denise Walker* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**